IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-476-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| FUNDS CONTAINED IN THE BETTER BUSINESS CHECKING ACCOUNT NUMBERED 802070987 AND THE BUSINESS SWEEP ACCOUNT NUMBERED 802121715 AT CAPITAL BANK, UP TO $359,557.25, IN THE NAME OF MARLA BEDNAR D/B/A MARLA ENTERPRISES, | : |
| Defendants. | : |

**ORDER SEALING CIVIL FORFEITURE CASE**

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the instant civil forfeiture case is sealed by the Clerk until the defendant property is seized by the United States, except that certified copies of all documents filed in this case be provided to the Office of the United

1

States Attorney and/or the Defense Criminal Investigative Service upon request.

This the 29th day of August, 2014.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
United States District Judge

2

Case 5:14-cv-00476-FL   Document 5   Filed 08/29/14   Page 2 of 2