IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-476-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **ORDER UNSEALING CIVIL** |
| : | **FORFEITURE CASE** |
| FUNDS CONTAINED IN THE : | |
| BETTER BUSINESS CHECKING : | |
| ACCOUNT NUMBERED 802070987 AND: | |
| THE BUSINESS SWEEP ACCOUNT : | |
| NUMBERED 802121715 AT CAPITAL : | |
| BANK, UP TO $359,557.25, IN : | |
| THE NAME OF MARLA BEDNAR D/B/A: | |
| MARLA ENTERPRISES, : | |
| : | |
| Defendants. : | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

SO ORDERED. This 25TH day of September, 2014.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge