IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-476-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| FUNDS CONTAINED IN THE | : |
| BETTER BUSINESS CHECKING | : |
| ACCOUNT NUMBERED 802070987 AND | : |
| THE BUSINESS SWEEP ACCOUNT | : |
| NUMBERED 802121715 AT CAPITAL | : |
| BANK, UP TO $359,557.25, IN | : |
| THE NAME OF MARLA BEDNAR D/B/A | : |
| MARLA ENTERPRISES, | : |
| | : |
| Defendants. | : |

**CONSENT ORDER**

It appearing to the Court that both parties to this action are in agreement that this matter should be dismissed and the seized funds returned to the claimant, though their pleadings reflect disagreement as to whether dismissal should be with prejudice or without prejudice, it is hereby

ORDERED, with consent of the parties, that the defendant currency shall be returned to the claimant by the plaintiff as soon as reasonably possible and in accordance with applicable law.

IT IS FURTHER ORDERED, upon review of the parties' briefs as to contested issues, that this matter is hereby dismissed WITHOUT PREJUDICE.

1

SO ORDERED this 5th day of June, 2015.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge

We consent to the entry of the foregoing Consent Order.

    THOMAS G. WALKER
    United States Attorney

    /s/ G. Norman Acker, III
    G. NORMAN ACKER, III
    Attorney for Plaintiff
    Assistant United States Attorney
    Deputy Chief, Civil Division
    310 New Bern Avenue
    Suite 800 Federal Building
    Raleigh, NC 27601-1461
    Telephone: (919) 856-4530
    Facsimile: (919)856-4821
    Email: norman.acker@usdoj.gov
    N. C. Bar No. 12839

    /s/ Danielle R. Sassoon
    Danielle R. Sassoon, NYSB #5178892
    E-mail: danielle.sassoon@kirkland.com
    Sara K. Winik, NYSB #5312244
    E-mail: sara.winik@kirkland.com
    Kirkland & Ellis LLP
    Attorneys for Thomas G. Bednar and Marla M. Bednar
    601 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 446-4800
    Fax: (212) 446-4460

/s/ John S. Moran
John S. Moran, DCBA #1014598
Kirkland & Ellis LLP
Attorney for Thomas G. Bednar and Marla M. Bednar
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: 202-879-5000
Fax: 202-879-5200
E-mail: john.moran@kirkland.com


/s/ Mark R. Sigmon
Mark R. Sigmon, NCSB #37762
Graebe Hanna & Sullivan, PLLC
Attorney for Thomas G. Bednar and Marla M. Bednar
4350 Lassiter at North Hills Ave., Ste. 375
Raleigh, NC 27609
Phone: 919-863-9094
Fax: 919-863-9095
Email: msigmon@ghslawfirm.com