UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FUNDS CONTAINED IN THE ) | |
| BETTER BUSINESS CHECKING ) | **JUDGMENT** |
| ACCOUNT NUMBERED 802070987 and ) | |
| THE BUSINESS SWEEP ACCOUNT ) | No. 5:14-CV-476-FL |
| NUMBERED 802121715 AT CAPITAL ) | |
| BANK, UP TO $359,557.25, IN THE ) | |
| NAME OF MARLA BEDNAR D/B/A ) | |
| MARLA ENTERPRISES, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| THOMAS G. BEDNAR and ) | |
| MARLA M. BEDNAR, ) | |
| ) | |
| Claimants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 5, 2015, for the reasons set forth more specifically therein and with the consent of the parties, that the defendant currency shall be returned to the claimant by the plaintiff as soon as reasonably possible and in accordance with applicable law. It is further ordered that this matter is dismissed without prejudice.

**This Judgment Filed and Entered on June 8, 2015, and Copies To:**

G. Norman Acker, III; Stephen A. West; Danielle R. Sassoon; John S. Moran; Mark R. Sigmon; and Sara K. Winik (via CM/ECF Notice of Electronic Filing)


June 8, 2015       JULIE RICHARDS JOHNSTON, CLERK
              /s/ Christa N. Baker
              (By) Christa N. Baker, Deputy Clerk