THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:14-CV-476-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FUNDS CONTAINED IN THE BETTER | ) |
| BUSINESS CHECKING ACCOUNT | ) |
| NUMBERED 802070987 AND THE | )     **ORDER** |
| BUSINESS SWEEP ACCOUNT | ) |
| NUMBERED 802121715 AT CAPITAL | ) |
| BANK, UP TO $359,557.25, IN THE | ) |
| NAME OF MARLA BEDNAR D/B/A | ) |
| MARLA ENTERPRISES, | ) |
| | ) |
| Defendant. | ) |

This matter coming on for consideration of the motion by Claimants Marla Bednar and Tom Bednar ("Claimants") for an order pursuant to Federal Rule of Civil Procedure 58(e) to the effect that Claimants' pending motion for attorney fees and costs, *see* Dkt. No. 41, shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59; and based upon Claimants' motion;

IT IS ORDERED that Claimants' pending motion for attorney fees and costs shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59.

This the  6th  day of _____August__ , 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE